CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Rudy Andres Hernandez**; DOB: 1999; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-08984MJ |

| Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 21, 2026, in the District of Arizona, **Rudy Andres Hernandez,** named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Hector Ramirez-Garcia and Luis Ivan Sanchez-Carreno, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 21, 2026, in the District of Arizona (Cowlic), Border Patrol Agents (BPAs) were assigned to traffic operations on the Tohono O'odham Nation (TON) on Federal Route (FR) 20.   FR 20 is a commonly used smuggling corridor.   At approximately 11:20 a.m., BPAs observed a white 2022 Audi A4 bearing New Mexico license plate SGS150 travelling on FR 20 near mile marker 0.5.   Smuggling cases in the Three Points Border Patrol station area of responsibility often involve vehicles with out of state license plates.   Record checks on the Audi returned to **Rudy Andres Hernandez**.   Further checks revealed that **Rudy Andres Hernandez** had a fully extraditable warrant out of Colorado.   BPAs followed the Audi as it travelled west on FR 20.   Other BPAs in the area advised that there was a group of suspected illegal aliens in the area where the Audi was driving.   At approximately 11:34 a.m., BPAs initiated a vehicle atop and the Audi yielded on the southwestern edge of the village of Cowlic.   BPAs approached the Audi and notified the driver, identified as **Rudy Andres Hernandez**, that they were conducting an immigration inspection and asked for his driver's license.   **Hernandez** was unable to locate his license, and BPAs asked him to step out of the vehicle.   After **Hernandez** exited the vehicle, BPAs discovered **Hernandez**'s driver's license on the driver's seat.   **Hernandez** confirmed that the license belonged to him.   While conducting their investigation, BPAs noted that **Hernandez** was providing vague answers as to why he was in the area.   **Hernandez** then stated that he was in the area to pick something up and that he had coordinates for the pick-up location on his phone.   After receiving consent to search **Hernandez**'s phone, BPAs discovered coordinates near the village of Cowlic.   It is common for smuggling organizations to use coordinates in mapping programs to locate illegal aliens that they are picking up.   At approximately 12:25 p.m., BPAs responded to the coordinates found in **Hernandez**'s phone and apprehended three individuals.   An immigration inspection was performed on the individuals, including Hector Ramirez-Garcia and Luis Ivan Sanchez-Carreno, and BPAs determined them to be citizens of Mexico illegally present in the United States.   Record checks revealed that Hector Ramirez-Garcia and Luis Ivan Sanchez-Carreno do not possess the proper documentation to enter, pass through, or remain in the United States legally.   **Hernandez** was determined to be a United States citizen.   **Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Hector Ramirez-Garcia and Luis Ivan Sanchez-Carreno

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 22, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee

**Continued from front page.**

Material witness Hector Ramirez-Garcia stated that he is a citizen of Mexico, and that he made his arrangements to cross the border while in Oaxaca, Mexico. He crossed the border with no guide and was going to Tucson, Arizona. Garcia-Ramirez was communicating with a coordinator on WhatsApp, and he waited for approximately five hours by the side of the road for the vehicle.

Material witness Luis Ivan Sanchez-Carreno stated that he is a citizen of Mexico and that he made the arrangements to cross the border while he was in Oaxaca, Mexico. He crossed the border with no guide and was going to Los Angeles, California. Sanchez-Carreno was communicating with a coordinator on WhatsApp, and he hid on the side of the road all night and into the morning while waiting for the vehicle.

After waving his *Miranda* rights, **Rudy Andres Hernandez** stated that he was in the driver's seat when he was pulled over by Border Patrol. He was recruited through TikTok for driving jobs in Arizona and he was in contact with several coordinators. Some of the accounts had pictures of aliens. **Hernandez** texted a coordinator about a price and the coordinator told him that these were "people crossing the desert". He drove from New Mexico and stayed at the Desert Diamond hotel before driving to Sells, Arizona. The coordinator sent him map pins to follow. When **Hernandez** started seeing Border Patrol vehicles, he began to think "this sounds too good to be true" and "that it might be a setup or an undercover thing" so he wanted to turn around.